IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON PRUITT, | No. CIV S-07-1966-MCE-CMK-P |
|     Petitioner, | |
|   vs. | ORDER |
| SACRAMENTO DISTRICT COURT, | |
|     Respondent. | |
| _____/ | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's second application for leave to proceed in forma pauperis (Doc. 5).  Petitioner was advised that his first application was not complete because he had not signed the application nor submitted a ". . . certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases.  Petitioner was provided the opportunity to submit the required certification or the appropriate filing fee.

       Petitioner has attempted to comply with this court's order to submit an completed application for leave to proceed in forma pauperis.  However, petitioner's application is

submitted on the incorrect form and has again failed to submit a ". . . certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases.  Petitioner will be given another opportunity to correct this error and submit the required certification or pay the appropriate filing fee.  Petitioner is warned that failure to comply with this order may result in the dismissal of this action.  <u>See</u> Local Rule 11-110.

        Accordingly, IT IS HEREBY ORDERED that

    1. Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, including the required certification, or the appropriate filing fee; and

    2. The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: November 15, 2007

                                               **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE