IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON PRUITT, | No. CIV S-07-1966-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| SACRAMENTO DISTRICT COURT, | |
| Respondent. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's third application for leave to proceed in forma pauperis (Doc. 9).   Petitioner's petition will be addressed separately.

Petitioner has submitted the affidavit required by 28 U.S.C. § 1915(a) which purportedly shows that petitioner is unable to prepay fees and costs or give security therefor. However, upon motion by respondent at a later date, the court will consider whether the allegation of poverty is untrue based on the application, which looks like petitioner himself may have signed the certification instead of an authorized officer of the institution of incarceration.

/ / /

1    Accordingly, IT IS HEREBY ORDERED that petitioner's motion for leave to
2  proceed in forma pauperis is granted.

  DATED:  December 13, 2007

                                              _____
                                              **CRAIG M. KELLISON**
                                              UNITED STATES MAGISTRATE JUDGE

2