IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON PRUITT, | No. CIV S-07-1966-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| SACRAMENTO DISTRICT COURT, | |
| Respondent. | |
| _____/ | |

      Petitioner, proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.[1]  Pending before the court is petitioner's petition for a writ of habeas corpus (Doc. 1), filed on September 20, 2007.

      The court has examined the petition as required by 28 U.S.C. § 1915.  It does not plainly appear from the petition and any attached exhibits that petitioner is not entitled to relief.  Respondent, therefore, will be directed to file a response to petitioner's petition.  If respondent answers the petition, such answer must be accompanied by any and all transcripts or other

---

[1] The court's previous orders indicated petitioner brings his petition pursuant to 28 U.S.C. § 2254.  However, because petitioner is a pretrial detainee, and is not in custody pursuant to the judgment of a state court, his petition is pursuant to 28 U.S.C. § 2241.  See McNeely v. Blanas, 336 F.3d 822 (9th Cir. 2003).

documents relevant to the determination of the issue(s) presented in the petition.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to petitioner's petition within 30 days from the date of service of this order;

2. Petitioner's traverse or reply (if respondent files an answer to the petition), if any, or opposition or statement of non-opposition (if respondent files a motion in response to the petition) shall be filed and served within 30 days of service of respondent's response; and

3. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's petition for a writ of habeas corpus on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: April 7, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE