IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| QUINTON PRUITT, | No. CIV S-07-1966-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| SACRAMENTO DISTRICT COURT, | |
| Respondent. | |

Petitioner, proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On April 7, 2008, respondent was directed to file a response to Petitioner's petition. However, it appears that petitioner has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change. The undersigned has therefore recommended the dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that respondent is relieved of its obligation to file a response in this matter pending further order of the court.

DATED: April 23, 2008

　　　　　　　　　　　　　　　　　　　　　/s/ Craig M. Kellison
　　　　　　　　　　　　　　　　　　　　　**CRAIG M. KELLISON**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1